IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMIAH W. BETHEL**                                                      PLAINTIFF
*ADC #136904*

v.                            CASE NO. 4:24-CV-00857-BSM

**MIKE KONADLE,** *et al.*                                                  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE